```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Annette Ferlet,

                      Plaintiff,

-against-

Bank of America, N.A et al.,

                      Defendants.

1:19-cv-02131 (AT) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, June 27, 2019 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

        The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

DATED:    New York, New York
              May 14, 2019

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge